IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY GOODKIN, | )   2:10-CV-01059-ECR-LRL |
|     Plaintiff, | ) |
| | ) |
| vs. | )   **ORDER OF DISMISSAL WITHOUT** |
| | )   **PREJUDICE PURSUANT TO RULE** |
| | )   **4(m) FEDERAL RULES OF CIVIL** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | )   **PROCEDURE** |
| | ) |
|     Defendant. | ) |
| _____ | ) |

Plaintiff Mary Goodkin having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m) as to Defendant Portfolio Recovery Associates, LLC.

**IT IS HEREBY ORDERED** that the above-entitled action be, and hereby is dismissed without prejudice as to Defendant Portfolio Recovery Associates, LLC.

The Clerk shall enter judgment accordingly.

Dated this 23rd day of December, 2010.

_____

Edward C. Reed.

United States District Judge